IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. MILES,<br><br>Plaintiff,<br><br>vs.<br><br>DR. MACK, et al.,<br><br>Defendants. | Case No. C-10-5948 EJD (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants MACK, BRIGHT, FOX and SEPULVEDA's request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted forty-five days, to and including September 1, 2011, to file a dispositive motion.

Dated: August 11, 2011

_____
EDWARD J. DAVILA
United States District Judge